UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADRIENNE EVANS-WILLIAMS, )<br>            Plaintiff, )<br>                     )<br>v.                          )<br>                     )<br>                     )<br>CAROLYN COLVIN, )<br>Acting Commissioner the Social Security )<br>            Defendant. | **JUDGMENT**<br><br>No. 5:24-CV-475-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 20, 2024, that defendant pay to plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 20, 2024, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Mark Dorval / Wanda Mason (via CM/ECF Notice of Electronic Filing)


December 20, 2024                PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk